UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| DANISHA BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DRIVEN BRANDS SHARED SERVICES, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-00390-CRB (LB)<br><br>**DISCOVERY ORDER**<br><br>Re: ECF No. 29 |

　　The district judge referred discovery to the undersigned. The plaintiff has now withdrawn the motion to compel the deposition of defendant Drive Brands' Rule 30(b)(6) witness.[1] The court issues this order to identify the procedures for any future discovery disputes.

　　The Northern District has abbreviated discovery-dispute procedures designed to raise issues faster than the normal five-weeks-to-hearing motion. They are in the undersigned's standing order (attached). The procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions

---

[1] Order of Reference – ECF No. 29; Mot. – ECF No. 28; Notice – ECF No. 31. Citations refer to material in the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents.

ORDER – No. 23-cv-00390-CRB (LB)

and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the letter brief, the court will evaluate whether future proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated:  January 31, 2024



_____
LAUREL BEELER
United States Magistrate Judge